Ex parte BRENT. (No. 5480.)

(Court of Criminal Appeals of Texas. June 27, 1919.)

Appeal from District Court, Galveston County; H. C. Hughes, Judge.

Habeas corpus proceedings by E. Brent. From a judgment refusing bail, accused appeals. Reversed, and bail granted.

Marsene Johnson, Elmo Johnson, Roy Johnson, and Marsene Johnson, Jr., all of Galveston, for appellant.

E. A. Berry, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. Appellant, on habeas corpus proceeding before the trial judge, was refused bail. We have carefully examined the facts, and in view of the record we are of opinion that the case is bailable, and the court was in error in refusing bail. It is not the purpose of this opinion, nor is it thought necessary or proper, to discuss the facts.

The judgment will be reversed, and bail is

allowed in the sum of $5,000. Bond will be taken and approved by the sheriff of Galveston county in the terms of the law.

The judgment is reversed, and bail granted.